# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

136143

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

             SC: 136143
             COA: 282899
             Kent CC: 06-011615-FH

MICHAEL A. WILLIAMS,
   Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the February 22, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

s0721

Clerk